Case 7:16-cv-00133-MHH-JEO   Document 1   Filed 01/26/16   Page 1 of 9

CV-16-HA-0133-W

FILED
2016 Jan-26 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2016 JAN 26 P 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

Danielle Wallace
_Petitioner_

v.

A. Washington-Aducci
_Respondent_
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Danielle Wallace**
   (b) Other names you have used: **none**

2. Place of confinement:
   (a) Name of institution: **FCI-Aliceville**
   (b) Address: **11070 Hwy 14 P.O. Box 4000 Aliceville, Alabama 35442**
   (c) Your identification number: **97888-020**

3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **U.S. District Court Middle District of Georgia**
   (b) Docket number of criminal case: **4:15-CR-00013-001**
   (c) Date of sentencing: **July 28, 2015**
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: **N/A**

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other *(explain)*: Execution of my sentence; restitution being paid through the BOP restitution plan, under the inmate financial responsibility program

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: N/A

   (b) Docket number, case number, or opinion number:

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   N/A

   (d) Date of the decision or action: N/A

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes   ☑ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: N/A

      (2) Date of filing:

      (3) Docket number, case number, or opinion number:

      (4) Result:

      (5) Date of result:

      (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: This challenge could not be presented under any other motion for relief

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes  ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

N/A

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes  ☒ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: N/A

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised: N/A

_N/A_

(b) If you answered "No," explain why you did not file a third appeal:

_N/A_

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes   ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes   ☒ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes   ☒ No

   If "Yes," provide:
   (1) Name of court:
   (2) Case number:
   (3) Date of filing:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☑ No

If "Yes," provide:

(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:      N/A
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☑ No

If "Yes," provide:

(1) Name of court:      N/A
(2) Date of filing:
(3) Case number:

(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

N/A

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

N/A

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Violation of Constitutional Right - Amendment V - Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Bureau of Prisons exceeded it's authority when it forced me to make restitution payments against my will. The district court may not delegate it's authority to set the amount and timing of a fine or restitution payments to the Bureau of Prisons without retaining ultimate authority over such decisions

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** NONE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

NONE

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** NONE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

NONE

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND FOUR:** NONE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

NONE

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I would like for the court to render judgment on the Inmate Financial Responsibility Program in an order stating that payment of my restitution is not under their Authority (BOP) and $25.00 quarterly might be a workable option given that it not exceed this amount at any time

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

January 4, 2016

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: January 4, 2016

Danielle Wallace

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*